# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-31 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| DARRIUS LAJUAN HARRIS | ) | Magistrate Judge Steger |

## <u>ORDER</u>

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 76] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Count One of the three-count Indictment and accept Defendant's guilty plea to such lesser-included offense; (2) grant Defendant's motion to withdraw his not guilty plea to Count Three of the three-count Indictment and accept Defendant's guilty plea to such count; (3) adjudicate Defendant guilty of a lesser-included offense of Count One: possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of Count Three: possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (5) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 75] pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 76] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Count One of the three-count Indictment, and to accept Defendant's guilty plea to such lesser-included offense is **GRANTED**.

1

2. Defendant's motion to withdraw his not guilty plea to Count Three of the three-count Indictment, and to accept Defendant's guilty plea to such count is **GRANTED**.

3. Defendant is hereby **ADJUDGED** guilty of a lesser-included offense of Count One: possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

4. Defendant is hereby **ADJUDGED** guilty of Count Three: possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

5. Defendant shall remain out of custody subject to the Order Setting Conditions of Release [Doc. 75] until further order of this Court or sentencing in this matter, which is scheduled to take place on **August 6, 2026, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**